# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTORIA DIANE FREDERICK,** | : | |
| Plaintiff | : | No. 1:17-cv-01273 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 19th day of October 2018, upon consideration of the parties' jointly filed stipulation regarding an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. No. 19), and Defendant's consent motion to approve said stipulation (Doc. No. 18), **IT IS ORDERED THAT** the consent motion (Doc. No. 18), is **GRANTED** and the joint stipulation as to attorney's fees (Doc. No. 19), is **APPROVED**. Plaintiff shall be awarded six thousand one hundred twenty-five dollars ($6,125.00) in attorney's fees.  The attorney's fees will be sent to Plaintiff's counsel, Patrick J. Best.  Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by Defendant that Plaintiff owes no qualifying, pre-existing federal debt(s).  If such debt(s) exists, Defendant will reduce the awarded attorney's fees in this Order to the extent necessary to satisfy such debt(s).

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania